NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 919

IN RE JUNIPER NETWORKS, INC. and JUNIPER NETWORKS (US), INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 07-CV-0373, Magistrate Judge Charles Everingham, IV.

ON PETITION FOR WRIT OF MANDAMUS

Before LOURIE, Circuit Judge.

## O R D E R

Juniper Networks, Inc. et al. (Juniper) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 29, 2009 order denying Juniper's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Northern District of California.

Upon consideration thereof,

IT IS ORDERED THAT:

GraphOn Corporation is directed to file its response no later than 14 days from the date of filing of this order.

FOR THE COURT

NOV 13 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOV 13 2009

JAN HORBALY
CLERK

cc:     Jonathan S. Kagan, Esq.
        David P. Germaine, Esq.
        Judge, USDC E.D. Tex.
        Clerk, USDC E.D. Tex.

s19